# UNITED STATES DISTRICT COURT
## MIDDLE DISTRICT OF TENNESSEE
## NASHVILLE DIVISION

NASHVILLE URBAN VENTURE, LLC,  )
and VELOCITY IN THE GULCH, INC.,  )
                           )
    **Plaintiffs,**            )
                           )      **No. 3:09-cv-00699**
**v.**                      )
                           )      **Judge Sharp**
CSX TRANSPORTATION, INC.,    )
                           )
    **Defendant.**          )

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 28) is hereby DENIED. This case is hereby returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 16.01.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE