# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE URBAN VENTURE, LLC, ) <br> and VELOCITY IN THE GULCH, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) | No. 3:09-cv-00699 <br><br> Judge Sharp |

## ORDER

For the reasons explained in the Memorandum entered contemporaneously herewith, Defendant's Motion for Summary Judgment (Docket Entry No. 28) is hereby DENIED. This case is hereby returned to the Magistrate Judge for further pretrial case management in accordance with Local Rule 16.01.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE