```
                 UNITED STATES DISTRICT COURT
              FOR THE MIDDLE DISTRICT OF TENNESSEE
                       NASHVILLE DIVISION
```

NASHVILLE URBAN VENTURE, LLC, )
et al.,                       )
                              )
     Plaintiffs,              )
                              )
          v.                  )   NO.  3:09-0699
                              )   Judge Sharp/Bryant
CSX TRANSPORTATION, INC.,     )
                              )
     Defendant.               )

## O R D E R

This case has been returned to the undersigned Magistrate Judge for further pretrial case management (Docket Entry No. 58). A telephone case management conference is set on **April 23, 2012, at 10:30 a.m.** to set a date for trial.  Counsel for the plaintiffs shall initiate the call.

It is so **ORDERED**.

                         s/ John S. Bryant
                         JOHN S. BRYANT
                         United States Magistrate Judge