# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| **NASHVILLE URBAN VENTURE, LLC,** <br> **and VELOCITY IN THE GULCH, INC.,** | ) <br> ) <br> ) | |
| Plaintiffs, | ) <br> ) | |
| v. | ) <br> ) | Case No. 3:09-cv-00699 |
| **CSX TRANSPORTATION, INC.,** | ) <br> ) | **Judge Kevin H. Sharp** <br> **Magistrate Judge John S. Bryant** |
| Defendant. | ) | |

## REVISED CASE MANAGEMENT ORDER

Discovery shall be completed and this case shall be ready for trial by **September 3, 2012**.

The parties advise the Court that, given the present scheduling conflicts with counsel and material witnesses, the parties suggest that the Court set the trial to begin no earlier than **November 5, 2012**.

Dgpej "vtkcn" ku" uej gfwngf "vq" dgi kp" qp" P qxgo dgt "8." 4234." cv" ; <22" c0 o 0" C "r tgvtkcn" eqphgtgpeg uj cnn" dg" j gnf "qp" Qevqdgt "37." 4234." cv" 5<22" r 0 o 0" dghqtg" Lwfi g" Uj ctr 0

             Kv"ku" uq" QTFGTGF0

                                                                                                           *u/"Lqj p "U0"Dt{cpv*
                                                                             MAGISTRATE JUDGE BRYANT