# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **NASHVILLE URBAN VENTURE, LLC,** ) | |
| **and VELOCITY IN THE GULCH, INC.,** ) | |
| ) | |
| **Plaintiffs,** ) | |
| ) | |
| v. ) | Case No. 3:09-cv-00699 |
| ) | |
| **CSX TRANSPORTATION, INC.,** ) | **Judge Kevin H. Sharp** |
| ) | **Magistrate Judge John S. Bryant** |
| **Defendant.** ) | |

## REVISED CASE MANAGEMENT ORDER

Discovery shall be completed and this case shall be ready for trial by **September 3, 2012**.

The parties advise the Court that, given the present scheduling conflicts with counsel and material witnesses, the parties suggest that the Court set the trial to begin no earlier than **November 5, 2012**.

Bench trial is scheduled to begin on November 6, 2012, at 9:00 a.m. A pretrial conference shall be held on October 15, 2012 3:00 p.m. before Judge Sharp.

            It is so ORDERED.

*s/ John S Bryant*
MAGISTRATE JUDGE BRYANT