# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE URBAN VENTURE LLC et al., | ) ) ) | |
| v. | ) ) | NO. 3:09-699 JUDGE SHARP |
| CSX TRANSPORTATION, INC., | ) ) | |

## ORDER

Pending before the Court is Motion of Defendant CSX Transportation to Reschedule Final Pretrial Conference (Docket No. 66) to which the Plaintiffs do not oppose.

The motion is GRANTED, and the final pretrial conference scheduled for October 15, 2012 is hereby rescheduled for Friday, October 26, 2012 at 2:30 p.m.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE