UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

NASHVILLE URBAN VENTURE, LLC, )
et al., )
 )
    Plaintiffs, )
 )
            v. )  NO. 3:09-0699
 )  Judge Sharp/Bryant
CSX TRANSPORTATION, INC., )
 )
    Defendant. )

### O R D E R

The District Judge has set this matter for a nonjury trial on November 6, 2012, with a final pretrial conference on October 26, 2012. It appears that all deadlines have now passed in this matter. Therefore, the Magistrate Judge certifies this matter ready for trial, and the Clerk is **directed** to forward the file to the District Judge. Unless otherwise directed by the District Judge, there appear to be no further proceedings to be conducted before the Magistrate Judge.

It is so **ORDERED**.

                              s/ John S. Bryant
                              JOHN S. BRYANT
                              United States Magistrate Judge