# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE URBAN VENTURE, LLC, ) <br> and VELOCITY IN THE GULCH, INC., ) <br> ) <br> Plaintiffs, ) <br> ) <br> v. ) <br> ) <br> CSX TRANSPORTATION, INC., ) <br> ) <br> Defendant. ) | No. 3:09-00699 <br> Judge Sharp |

## ORDER

In accordance with the discussions at the final pretrial conference on October 26, 2012, the following rulings are hereby confirmed:

(1) The Court RESERVES RULING on Defendant's Omnibus Motion in Limine (Docket No. 68);

(2) The Court RESERVES RULING on Defendant's Motion to Strike Chuck Davis from Plaintiffs' Witness List (Docket No. 80); and

(3) Plaintiffs' Motion for Court to Take Judicial Notice (Docket No. 88) is GRANTED.

The bench trial in this case will commence at 9:00 a.m. on November 6, 2012, as previously scheduled, with an expected duration of 3 to 4 day.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE