UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| NASHVILLE URBAN VENTURE LLC et al., | ) ) ) |
| v. | ) ) ) NO. 3:09-699 JUDGE SHARP |
| CSX TRANSPORTATION, INC., | ) |

## ORDER

The Court having been advised by counsel for the parties that this action has been settled, it is hereby ORDERED that the action is dismissed without prejudice to the right, upon good cause shown within thirty (30) days, to reopen the action if the settlement is not consummated. Within this thirty-day period, the parties may submit a proposed agreed order of compromise and dismissal.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE