UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| NASHVILLE URBAN VENTURE LLC et al., | ) ) ) | |
| v. | ) ) | NO. 3:09-699 JUDGE SHARP |
| CSX TRANSPORTATION, INC., | ) | |

## **O R D E R**

Pursuant to the Stipulation of Dismissal (Docket Entry No. 93) filed by the parties, this action is hereby dismissed with prejudice pursuant to Rule 41(a) of the Federal Rules of Civil Procedure.

It is so ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE